# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DELANEY HOWELL,<br><br>  Plaintiff,<br><br>v.<br><br>IOWA PBS and DAVID MILLER,<br>Individually and in his Official Capacities,<br><br>  Defendants. | CASE NO. 4:20-CV-00140<br><br>(State Court Case No. LACL147733)<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |

COME NOW Defendants and hereby file this Notice of Removal, removing this case to federal court.

1. Plaintiff brought a civil action in the Iowa District Court in and for the State of Iowa, Polk County, entitled "Delaney Howell v. Iowa PBS and David Miller, Individually and in his Official Capacities."

2. Plaintiff filed her Petition and Jury Demand and Original Notice in the Iowa District Court for Polk County, Case No. LACL147733, on April 15, 2020. Defendants accepted service on April 16, 2020, and Plaintiff filed the Acceptance of Service on April 17, 2020. Those documents are attached. *See* 28 U.S.C. § 1446(a); LR 81(a). No other pleadings have been filed in this case in the Iowa District Court for Polk County.

3. In Count I, Plaintiff alleges a violation of the Equal Pay Act, 29 U.S.C. § 206(d)(1). *See* Pet. at Law and Jury Demand, ¶¶ 7-25.

4. This Court has original subject matter jurisdiction over the federal question presented by Count I pursuant to 28 U.S.C. § 1331, and the case may be removed pursuant to 28 U.S.C. § 1441(a).

5. Removal is proper to the United States District Court, Southern District of Iowa, Central Division, as this is the district and division embracing the place where such action is pending. *See* 28 U.S.C. § 1441(a).

6. Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

7. Defendants will also file a copy of this Notice of Removal and attachments in state court pursuant to 28 U.S.C. § 1446(d).

8. The names of counsel that have appeared in state court for Plaintiff, with their law firm and contact information, appear below. *See* LR 81(a)(3).

> Mark D. Sherinian
> Emily E. Wilson
> Sherinian & Hasso Law Firm
> 111 East Grand Avenue, Suite 212
> Des Moines, Iowa 50309
> Telephone: (515) 224-2079
> Facsimile: (515) 224-2321
> Email: sherinianlaw@msn.com
> ewilson@sherinianlaw.com

WHEREFORE, Defendants pray that this matter be removed to the United States District Court for the Southern District of Iowa, Central Division, and be docketed accordingly.

> Respectfully submitted,
>
> THOMAS J. MILLER
> Attorney General of Iowa
>
> /s/ *Molly M. Weber*
> MOLLY M. WEBER
> Assistant Attorney General
> Iowa Department of Justice
> Hoover State Office Building

        1305 E. Walnut Street
        Des Moines, IA 50319
        (515) 281-5309 / FAX: (515) 281-4902
        molly.weber@ag.iowa.gov

        **ATTORNEY FOR DEFENDANTS**

*Original electronically filed.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on April 29, 2020:

☐ U.S. Mail      ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: /s/ MOLLY WEBER