## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| **DELANEY HOWELL,**<br><br>    Plaintiff,<br><br>v.<br><br>**IOWA PBS and DAVID MILLER,**<br>**Individually and in his Official Capacities,**<br><br>    Defendants. | Case No. _____<br><br>**PETITION AT LAW**<br>**AND JURY DEMAND** |

**COMES NOW** Plaintiff Delaney Howell (hereinafter "Plaintiff"), by and through her undersigned attorneys, Sherinian & Hasso Law Firm, and for her Petition and Jury Demand against Defendant Iowa PBS and Defendant David Miller, Individually and in his Official Capacities, states as follows:

### PARTIES

1. Plaintiff was at all times material hereto a resident of Ankeny, Polk County, Iowa and is currently a resident of Traer, Tama County, Iowa.

2. Upon information and belief, Defendant Iowa PBS is owned by Iowa Public Broadcasting Board, which is an agency of the Iowa Department of Education, with its principal administrative offices located in Johnston, Polk County, Iowa.

3. Upon information and belief, Defendant David Miller is and was at all times material hereto a citizen and resident of Polk County, Iowa, who worked at Iowa PBS.

4. At all times material hereto, Defendant David Miller was a supervisory or managerial employee of Defendant Iowa PBS who personally participated in the unlawful actions described herein.

## JURISDICTION AND VENUE

5. The unlawful employment practices alleged below were committed within Johnston, Polk County, Iowa.

6. The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Polk County.

## COUNT I
## CLAIM FOR VIOLATION OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)(1)

7. Plaintiff repleads the allegations set forth above as if fully set forth herein.

8. Plaintiff is a woman.

9. Plaintiff began working for Defendant Iowa PBS in May 2015 as an intern.

10. In February 2018, Plaintiff became the host of the Iowa PBS program called Market to Market and Defendant David Miller became her direct supervisor.

11. Defendant David Miller had direct responsibility for the supervision of Plaintiff.

12. Defendant David Miller had the right to hire and fire employees.

13. Plaintiff was the fourth person to host Market to Market.

14. Plaintiff was the first female to host Market to Market.

15. From February 2018 until October 2018, Plaintiff was paid $20.59 an hour as host for Market to Market.

16. In October 2018, Plaintiff received a raise and was paid $28.47 an hour as host for Market to Market.

17. Shortly after receiving her raise, Plaintiff used The Des Moines Register's database of State of Iowa employees' salaries to find out what the former host for Market to Market had been paid.

18. The former male host, Michael Pearson, was paid more for hosting Market to Market than Plaintiff was paid.

19. Michael Pearson became the host in 2012.

20. Michael Pearson had no prior experience with Market to Market or with Iowa PBS before becoming the host of Market to Market.

21. Plaintiff and Michael Pearson had the same job responsibilities as host of Market to Market.

22. Defendants paid Plaintiff less than it paid a male for performing substantially equal work.

23. Defendants' conduct in paying Plaintiff less than it paid a male for performing substantially equal work violated the Equal Pay Act, 29 U.S.C. § 206(d)(1).

24. Defendants' violation of the Equal Pay Act was willful.

25. Defendants' violation of the Equal Pay Act is a proximate cause of damages suffered by Plaintiff.

**WHEREFORE,** Plaintiff Delaney Howell respectfully prays that the Court enter judgment against Defendants and award actual damages, including compensatory damages, liquidated damages, reasonable attorney fees, court costs, with interest as provided by law and such other and further relief as the Court deems just and equitable.

### JURY DEMAND

23. Plaintiff respectfully requests a trial by jury in this matter.

Respectfully Submitted,

By: *s/Mark D. Sherinian*
Mark D. Sherinian  AT0007173

By: *s/Emily E. Wilson*
Emily E. Wilson AT0013860
SHERINIAN & HASSO LAW FIRM
111 E. Grand Ave, Suite 212
Des Moines, IA 50309
Telephone:  (515) 224-2079
Facsimile:  (515) 224-2321
Email: sherinianlaw@msn.com
          ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

4

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| DELANEY HOWELL,<br><br>     Plaintiff,<br><br>v.<br><br>IOWA PBS and DAVID MILLER, Individually and in his Official Capacities,<br><br>     Defendants. | **Case No. _____**<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby notified that there is now on file in the office of the Clerk of the above court a Petition in the above-entitled action, a copy of which is attached hereto (along with copies of any documents filed with it). The Plaintiff's attorneys are Mark D. Sherinian and Emily E. Wilson of the law firm of Sherinian & Hasso Law Firm, whose address is 111 E. Grand Ave. , Suite 212, Des Moines, Iowa 50309, and whose phone number is 515-224-2079.

    This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.  You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at www.iowacourts.state.ia.us/efile, unless you obtain from the court an exemption from electronic filing requirements.  If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the application.

Clerk of Court<br>
500 Mulberry St. Suite 408<br>
Des Moines, IA 50309<br>
Phone: (515) 286-3772

NOTE: The attorney who is expected to represent the Defendants should promptly advise Plaintiff of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA Coordinator at 1-641-421-0990 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

E-FILED 2020 APR 15 10:50 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACL147733
County Polk

Case Title  DELANEY HOWELL VS IOWA PBS AND DAVID MILLER

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**  .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   04/15/2020 10:50:39 AM



District Clerk of  Polk                              County

/s/ Christine Simonsen

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| **DELANEY HOWELL,**<br><br>        Plaintiff,<br><br>v.<br><br>**IOWA PBS and DAVID MILLER,**<br>**Individually and in his Official Capacities,**<br><br>        Defendants. | Case No. _____<br><br><br>**PETITION AT LAW**<br>**AND JURY DEMAND** |

**COMES NOW** Plaintiff Delaney Howell (hereinafter "Plaintiff"), by and through her undersigned attorneys, Sherinian & Hasso Law Firm, and for her Petition and Jury Demand against Defendant Iowa PBS and Defendant David Miller, Individually and in his Official Capacities, states as follows:

### PARTIES

1. Plaintiff was at all times material hereto a resident of Ankeny, Polk County, Iowa and is currently a resident of Traer, Tama County, Iowa.

2. Upon information and belief, Defendant Iowa PBS is owned by Iowa Public Broadcasting Board, which is an agency of the Iowa Department of Education, with its principal administrative offices located in Johnston, Polk County, Iowa.

3. Upon information and belief, Defendant David Miller is and was at all times material hereto a citizen and resident of Polk County, Iowa, who worked at Iowa PBS.

4. At all times material hereto, Defendant David Miller was a supervisory or managerial employee of Defendant Iowa PBS who personally participated in the unlawful actions described herein.

## JURISDICTION AND VENUE

5. The unlawful employment practices alleged below were committed within Johnston, Polk County, Iowa.

6. The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Polk County.

## COUNT I
## CLAIM FOR VIOLATION OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)(1)

7. Plaintiff repleads the allegations set forth above as if fully set forth herein.

8. Plaintiff is a woman.

9. Plaintiff began working for Defendant Iowa PBS in May 2015 as an intern.

10. In February 2018, Plaintiff became the host of the Iowa PBS program called Market to Market and Defendant David Miller became her direct supervisor.

11. Defendant David Miller had direct responsibility for the supervision of Plaintiff.

12. Defendant David Miller had the right to hire and fire employees.

13. Plaintiff was the fourth person to host Market to Market.

14. Plaintiff was the first female to host Market to Market.

15. From February 2018 until October 2018, Plaintiff was paid $20.59 an hour as host for Market to Market.

16. In October 2018, Plaintiff received a raise and was paid $28.47 an hour as host for Market to Market.

17. Shortly after receiving her raise, Plaintiff used The Des Moines Register's database of State of Iowa employees' salaries to find out what the former host for Market to Market had been paid.

18. The former male host, Michael Pearson, was paid more for hosting Market to Market than Plaintiff was paid.

19. Michael Pearson became the host in 2012.

20. Michael Pearson had no prior experience with Market to Market or with Iowa PBS before becoming the host of Market to Market.

21. Plaintiff and Michael Pearson had the same job responsibilities as host of Market to Market.

22. Defendants paid Plaintiff less than it paid a male for performing substantially equal work.

23. Defendants' conduct in paying Plaintiff less than it paid a male for performing substantially equal work violated the Equal Pay Act, 29 U.S.C. § 206(d)(1).

24. Defendants' violation of the Equal Pay Act was willful.

25. Defendants' violation of the Equal Pay Act is a proximate cause of damages suffered by Plaintiff.

**WHEREFORE,** Plaintiff Delaney Howell respectfully prays that the Court enter judgment against Defendants and award actual damages, including compensatory damages, liquidated damages, reasonable attorney fees, court costs, with interest as provided by law and such other and further relief as the Court deems just and equitable.

### JURY DEMAND

23. Plaintiff respectfully requests a trial by jury in this matter.

Respectfully Submitted,

By: *s/Mark D. Sherinian*
Mark D. Sherinian  AT0007173

By: *s/Emily E. Wilson*
Emily E. Wilson AT0013860
SHERINIAN & HASSO LAW FIRM
111 E. Grand Ave, Suite 212
Des Moines, IA 50309
Telephone:  (515) 224-2079
Facsimile:  (515) 224-2321
Email: sherinianlaw@msn.com
ewilson@sherinianlaw.com
ATTORNEYS FOR PLAINTIFF

4

### IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| **DELANEY HOWELL,** | * | Case No. LACL147733 |
| Plaintiff, | * | |
| v. | * | |
| | * | **ACCEPTANCE OF SERVICE** |
| **IOWA PBS and DAVID MILLER, Individually and in his Official Capacities,** | * | |
| Defendant. | * | |

**COMES NOW** the undersigned counsel, as attorney for and on behalf Iowa PBS and David Miller, and does hereby accept service of the Petition in this matter on behalf of the Defendants.

Dated this 16 day of April, 2020.

Respectfully Submitted,

By: _____
Jeffrey Nelson
Assistant Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
(515) 281-5164
Jeffrey.nelson@ag.iowa.gov