IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **DELANEY HOWELL,** | * | Case No. 4:20-cv-00140 |
| Plaintiff, | * | |
| v. | * | **STIPULATION OF DISMISSAL** |
| **IOWA PBS,** | * | |
| Defendant. | * | |

**COMES NOW** the Plaintiff, Delaney Howell, and Defendant Iowa PBS, by and through their undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to the dismissal with prejudice of Plaintiff's claims against Defendant.

The parties do not concede that judicial approval is required for voluntary dismissal of this single-plaintiff 29 U.S.C. section 206(d)(1) Equal Pay Act case, but if the Court believes it is, the parties respectfully request the Court to approve the dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(2). *See Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1026-1027 (8th Cir. 2019) (noting circuit split and stating "We have noted the Eleventh Circuit's opinion, *see Beauford v. ActionLink, LLC*, 781 F.3d 396, 405–06 (8th Cir. 2015); *Copeland v. ABB, Inc.*, 521 F.3d 1010, 1014 (8th Cir. 2008), but we have never had occasion to interpret whether 29 U.S.C. § 216 requires judicial approval of all FLSA settlements" and that a stipulation of dismissal is "effective unless federal law provides otherwise" (citation omitted)); *Shepardson v. Midway Indus., Inc.,* Case No. 3:18-CV-3105, 2019 WL 2743435, at *2 (W.D. Ark. 2019) (quoting *Beauford* 781 F.3d at 406 ("After commencing litigation, employees can waive their rights only if the parties agree on a settlement amount and the district court enters a stipulated

judgment.")).  The settlement agreement here, which also resolved a state court case, is available at https://das.iowa.gov/das-core/settlement-agreements, FY21, for the Court's reference.

        Respectfully Submitted,

        By   /s/ Emily E. Wilson
        Mark D. Sherinian        AT0007173
        E-mail: sherinianlaw@msn.com
        Emily E. Wilson        AT0013860
        E-mail: ewilson@sherinianlaw.com
        SHERINIAN & HASSO LAW FIRM
        111 E. Grand Ave., Suite 212
        Des Moines, IA  50309
        Telephone (515) 224-2079
        Facsimile  (515) 224-2321
        ATTORNEYS FOR PLAINTIFF

        By  /s/ Molly M. Weber
        Molly M. Weber
        Assistant Attorney General
        Iowa Department of Justice
        Hoover State Office Building
        1305 E. Walnut St.
        Des Moines, IA 50319
        Telephone: (515) 281-5309
        Facsimile: (515) 281-4902
        E-mail: molly.weber@ag.iowa.gov

        ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  06-04-21
By: \_\_\_\_ U.S. Mail         \_\_\_\_ Facsimile
     \_\_\_\_ Hand Delivered     \_\_\_\_ Overnight Courier
     \_\_\_\_ Certified Mail       X   Other: E-file
Signature   /s/ Emily Wilson